# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BUREAU OF CONSUMER FINANCIAL PROTECTION,**

     **Plaintiff,**

**vs.**                                 **Case No. 4:20mc06-MW-MAF**

**OLP.COM, INC.,**

     **Defendant.**

_____/

## O R D E R

On August 25, 2020, Plaintiff filed a motion to compel, ECF No. 1, in this Court along with three notices of appearance of counsel, ECF Nos. 2-4.  The motion to compel seeks responses to a subpoena and concerns an action filed in the District of Utah, *Bureau of Consumer Financial Protection v. Progrexion Marketing, Inc., et al.,* No. 2:19cv298-BSJ.

The motion includes a certificate of conferral with opposing counsel, ECF No. 1 at 1, but does not include a certificate of service on the motion. It is presumed that Plaintiff served the motion on counsel for the responding party named in the subpoena.  In light thereof, the responding

party shall have until **September 9, 2020**, to file a response to the motion
to compel, ECF No. 1.

An additional problem identified in this case is that the docket
contains no information for the Defendant.  A certificate of service would
have more easily provided the Clerk with the means to ensure Defendant
receives this Order after issuance.  Nevertheless, an exhibit provided with
the motion indicates that David P. Healy is the attorney representing the
Defendant.  ECF No. 1-3.  The Clerk of Court shall take whatever steps are
necessary to ensure this Order is provided to counsel for the Defendant.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall take whatever steps are necessary to
ensure this Order is provided to counsel for the Defendant.  *See* ECF No.
1-3.

2.  Defendant has until **September 9, 2020**, to file a response to the
motion to compel, ECF No. 1

3.  The Clerk of Court shall return this file upon receipt of Defendant's

response or no later than September 9, 2020.

**DONE AND ORDERED** on August 26, 2020.


**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**